# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2011

143304-5

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re RIDLING/RIDLING-FOSTER/FOSTER,
Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

KARRI RIDLING-FOSTER,
      Respondent-Appellant,

and

ARTHUR FOSTER,
      Respondent.
_____/

SC: 143304
COA: 299729
Oakland CC Family Division:
08-752006-NA

In re RIDLING-FOSTER/FOSTER, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
      Petitioner-Appellee,

v

KARRI RIDLING-FOSTER,
      Respondent-Appellant,

and

ARTHUR FOSTER,
      Respondent.
_____/

SC: 143305
COA: 299730
Oakland CC Family Division:
08-752006-NA

On order of the Court, the application for leave to appeal the June 2, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2011

_____
Clerk

h0719